UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Henry G Colquitt, Jr.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:    17-02474<br><br>Chapter:  13<br>Honorable Jacqueline Cox |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the MOTION TO EXTEND THE AUTOMATIC STAY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to SECTION 11 USC 362(c)(3)(b), the Court orders as follows:

1. The automatic stay is extended to April 24, 2017 at 10:30 a.m. *Cox*

Enter: J. Cox

Dated: MAR 27 2017

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko